**WO** JKM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gonzalo Alvarez-Campos, | No. CV 06-2133-PHX-MHM (JJM) |
| Petitioner, | **ORDER** |
| vs. | |
| Tom Long, et al., | |
| Respondents. | |

     Petitioner Gonzalo Alvarez-Campos (A77-177-515), who is represented by counsel, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. The Court will require Respondents to answer the Petition.

     Petitioner is a native and citizen of Mexico. On September 6, 2005, an immigration judge found Petitioner removable. On January 24, 2006, the Board of Immigration Appeals (BIA) dismissed Petitioner's appeal. Petitioner's appeal from the decision of the BIA is currently pending before the United States Court of Appeals for the Ninth Circuit. The court of appeals has granted a stay of removal pending resolution of Petitioner's appeal. Petitioner argues that his continued detention without bond while his appeal is pending is unlawful.

     The REAL ID Act of 2005 does not deprive the Court of jurisdiction because the Act was "not intended to 'preclude habeas review over challenges to detention that are independent of challenges to removal orders.'" Hernandez v. Gonzales, 424 F.3d 42, 42-43 (1st Cir. 2005) (quoting H.R. Cong. Rep. No. 109-72, at 2873 (2005)); See also Nadarajah

**TERMPSREF**

1  v. Gonzales, 443 F.3d 1069, 1075 (9th Cir. 2006) ("By its terms, the jurisdiction-stripping
2  provision [of the REAL ID Act] does not apply to federal habeas corpus petitions that do not
3  involve final orders of removal."). An answer to the Petition will be required.

4  **IT IS ORDERED:**

5  (1) The Clerk of Court must serve a copy of the Summons, Petition and this Order
6  upon the United States Attorney for the District of Arizona by certified mail addressed to the
7  civil process clerk at the office of the United States Attorney pursuant to Rule 4(i)(1)(A) of
8  the Federal Rules of Civil Procedure. The Clerk of Court also must send by certified mail
9  a copy of the Summons, Petition and this Order to the United States Attorney General
10 pursuant to Rule 4(i)(1)(B) and to Respondents pursuant to Rule 4(i)(2)(A).

11 (2) Respondents must answer the Petition within twenty (20) days of the date of
12 service. Respondents must not file a dispositive motion in place of an answer without first
13 showing cause as to why an answer is inadequate.

14 (3) Petitioner may file a reply within twenty (20) days from the date of service of the
15 answer.

16 (4) The matter is referred to Magistrate Judge Jacqueline J. Marshall pursuant to Rules
17 72.1 and 72.2 of the Local Rules of Civil Procedure for further proceedings and a report and
18 recommendation.

19 DATED this 3rd day of October, 2006.

_____
Mary H. Murguia
United States District Judge