IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Gonzalo Alvarez-Campos, | ) | No. CV 06-2133-PHX-MHM |
| Petitioner, | ) | **ORDER** |
| vs. | ) | |
| Tom Long, et al., | ) | |
| Respondents. | ) | |

Petitioner filed his Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 on September 7, 2006, challenging his continued detention from a 2006 order of removal against him. On November 17, 2006, Respondents filed their response to Petitioner's Petition for Writ of Habeas Corpus and Petitioner filed his Traverse on November 28, 2006. On December 6, 2007, the Magistrate Judge issued her Report and Recommendation recommending that the petition be granted.

In her Report and Recommendation the Magistrate Judge advised the parties that they had 10 days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has long since expired and no objections to the Report and Recommendation have been filed.

The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

1    IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge
2 as the order of this Court.
3    IT IS FURTHER ORDERED granting the Petitioner's petition for Writ of Habeas
4 Corpus [doc. 1].
5    IT IS FURTHER ORDERED directing Respondents to provide a hearing to Petitioner
6 before an Immigration Judge with the power to grant him bail unless the government
7 establishes that he is a flight risk or will be a danger to the community.
8    IT IS FURTHER ORDERED denying as moot Petitioner's Motion to adopt
9 Magistrates Report and Recommendation [16].
10   IT IS FURTHER ORDERED directing the Clerk to enter judgment accordingly.
11   DATED this 28th day of May, 2008.

_____
Mary H. Murgula
United States District Judge